Torrance L. Coburn
TIPP COBURN & ASSOCIATES PC
2200 Brooks Street
Missoula, MT 59801
ph: 406.549.5186
torrance@tcsattorneys.com

Attorney for Plaintiff

COPY

FILED
02/17/2022
Paige Trautwein
CLERK
Ravalli County District Court
STATE OF MONTANA
By: Timothy Nydell
DV-41-2021-0000386-PI
Lint. Jennifer B.
2.00

## MONTANA TWENTY-FIRST DISTRICT COURT, RAVALLI COUNTY

| | |
|---|---|
| HYDI CUNNINGHAM,<br><br>                Plaintiff,<br><br>vs.<br><br>MANITO SUPER 1 FOODS, INC. d/b/a HAMILTON SUPER 1 FOODS,<br><br>                Defendant. | Cause No.: DV-41-2021-386-PI<br>Dept. No.: 2<br><br>**FIRST AMENDED COMPLAINT and DEMAND FOR JURY TRIAL** |

COMES NOW the Plaintiff, Hydi Cunningham ("Cunningham"), by and through her counsel of TIPP COBURN & ASSOCIATES PC, and for her Complaint against the Defendant, states and alleges as follows:

    1. The Plaintiff Hydi Cunningham is a resident of the State of Montana, Ravalli County.

    2. Defendant Manito Super 1 Foods, Inc. is a Washington corporation, which upon information and belief operates under various assumed business names, including Hamilton Super 1 Foods. Defendant Manito Super 1 Foods, Inc. has been conducting, and continues to conduct, business in the State of Montana, and is authorized to do business in the State of Montana. The registered agent for the Defendant is Barry Lemon, at 1346 Highway 2 East, Kalispell, MT 59901.

    3. Jurisdiction and venue are proper in this Court.

4. The Plaintiff has timely filed her Complaint and First Amended Complaint in this matter.

5. On or around April 4, 2019, Plaintiff Hydi Cunningham was shopping at the Defendant's grocery store located at 1131 N 1st St, Hamilton, Montana 59840, when she tripped on an unsafe condition in an aisle within the store, causing her to fall and injure herself.

6. As a result of the above-described incident, Cunningham has been injured and has suffered, and continues to suffer, damages in an amount to be determined at trial.

7. To the best of the Plaintiff's knowledge, information and belief, at the time of Cunningham's above-described fall and injuries, the Defendant was the operator, possessor, and owner of the grocery store located at 1131 N 1st St, Hamilton, Montana 59840.

8. The Defendant has a duty to use ordinary care in maintaining the premises located at 1131 N 1st St, Hamilton, Montana 59840 in a reasonably safe condition. Furthermore, the Defendant has a duty to worn people on the above-described property of any hidden or lurking dangers. Additionally, the Defendant has a duty to its patrons to guard against injuries caused by open and obvious dangers if it should anticipate harm coming to its patrons despite the obviousness of the dangers.

9. The Defendant negligently failed to keep its premises in a reasonably safe condition by, among other things, allowing a wooden board within and upon the store aisle where patrons were meant to travel in order shop within the Defendant's grocery store.

10. The Defendant negligently failed to warn its patrons, including Cunningham, of the dangers posed by the above-described unsafe condition.

11. The Defendant negligently failed to take adequate measures to prevent the

injuries suffered by Hydi Cunningham upon its premises.

12. By failing to keep its premises in a reasonably safe condition, failing to properly warn Cunningham of the dangers posed by the above-described unsafe condition, and by failing to take adequate protective measures to prevent the injuries suffered by Cunningham, the Defendant breached the duties it owed to Hydi Cunningham.

13. Hydi Cunningham has suffered, and continues to suffer, damages as a result of the Defendant's above-described breaches.

14. The Defendant is liable for the actual, general, and special damages Hydi Cunningham has suffered as a result of the Defendant's above-described breaches.

WHEREFORE, Plaintiff prays for judgment against the Defendant as follows:

A. For Plaintiff Hydi Cunningham's actual damages in an amount to be determined at trial;

B. For Plaintiff Hydi Cunningham's special damages in an amount to be determined at trial;

C. For Plaintiff Hydi Cunningham's general damages in an amount to be determined at trial; and

D. For such other and further relief as may be determined just and equitable by this Court and in compliance with the laws of the State of Montana.

DATED this 17th day of February, 2022.

TIPP COBURN & ASSOCIATES PC

/s/ Torrance L. Coburn
Torrance L. Coburn
Attorney for Plaintiff

//
//

FIRST AMENDED COMPLAINT and DEMAND FOR JURY TRIAL – Page 3

## DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, by and through counsel of TIPP COBURN & ASSOCIATES PC, and demands a jury trial on all issues of fact in the above case.

DATED this 17th day of February, 2022.

TIPP COBURN & ASSOCIATES PC


/s/ *Torrance L. Coburn*
Torrance L. Coburn
Attorney for Plaintiff

FIRST AMENDED COMPLAINT and DEMAND FOR JURY TRIAL – Page 4

Torrance L. Coburn
TIPP COBURN & ASSOCIATES PC
P.O. Box 3778
2200 Brooks Street
Missoula, MT 59806-3778
(406) 549-5186
torrance@tcsattorneys.com

Attorney for Plaintiff

**Issued**

# MONTANA TWENTY-FIRST DISTRICT COURT, RAVALLI COUNTY

| | |
|---|---|
| HYDI CUNNINGHAM, | Cause No.: DV-41-2021-0000386-PI |
| Plaintiff, | Dept. No.: 2 |
| vs. | **AMENDED SUMMONS** |
| MANITO SUPER 1 FOODS, INC. d/b/a HAMILTON SUPER 1 FOODS, | |
| Defendant. | |

**THE STATE OF MONTANA SENDS GREETINGS TO THE ABOVE-NAMED DEFENDANT:** Manito Super 1 Foods, Inc. d/b/a Hamilton Super 1 Foods

**YOU, THE DEFENDANT, ARE HEREBY SUMMONED** to answer the Complaint in this action which is filed in the office of the above-named Court, a copy of which is herewith served upon you, and to file your answer and serve a copy thereof upon Plaintiff's attorney within 21 days after the service of this summons, exclusive of the day of service; and in case of your failure to appear or answer, judgment will be taken against you by default, for the relief demanded in the Complaint.

GIVEN under my hand this ___17th___ day of February, 2022.

Paige Trautwein
CLERK OF COURT

(Seal)

By: _____
Deputy Clerk

AMENDED SUMMONS – 1