IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HYDI CUNNINGHAM,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MANITO SUPER 1 FOOD, INC.<br>d/b/a HAMILTON SUPER 1 FOODS,<br><br>　　　　Defendant. | CV 22-80-M-KLD<br><br><br>ORDER |

The parties have filed a joint Stipulation of Dismissal with Prejudice. (Doc. 21). The parties request that this Court dismiss the above-captioned matter with prejudice, with each party to bear its own costs and fees. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its owns costs and fees.

The Clerk of Court is directed to close the case file.

DATED this 30th day of August, 2023.

　　　　　　　　　　　　　　　　Kathleen L. DeSoto
　　　　　　　　　　　　　　　　United States Magistrate Judge

1